**Order filed January 8, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01048-CV

_____

**RAYMOND L. BROOKS, Appellant**

**V.**

**THE GOODYEAR TIRE & RUBBER CO., Appellee**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2010-39442A**

---

## O R D E R

The clerk's record was filed December 20, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of appeal filed March 23, 2012.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before January 31, 2013, containing the notice of appeal filed March 23, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM